# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
               Appellant,

vs.

RICK MARSHALL; ELIZABETH NEIGHBORS; LAKES CROSSING CENTER; NYE COUNTY UNDERSHERIFF; AND THE STATE OF NEVADA,
               Respondents.

No. 69472

**FILED**

JAN 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order resolving a motion to quash service of process. First Judicial District Court, Carson City; James E. Wilson, Judge.

Our review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, an order resolving a motion to quash service of process is not appealable. *Jarstad v. Nat'l Farmers Union Prop. & Cas. Co.*, 92 Nev. 380, 552 P.2d 49 (1976). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-01109

cc:    Hon. James E. Wilson, District Judge
       Peter Jason Helfrich
       Attorney General/Carson City
       Carson City Clerk